UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD ACUNA MESQUITI,<br>TDCJ-CID #1107834<br> Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. CC-09-136 |
| V. | | |
| ANDRES GALLEGOS, ET AL.<br> Defendants | | |

### ORDER DENYING PLAINTIFF'S MOTION TO ALTER JUDGMENT

In this case, Plaintiff Edward Mesquiti, a prisoner in the Texas Department of Criminal Justice, Criminal Institutions Division (TDCJ-CID), alleges Defendants used excessive force against him, in violation of 42 U.S.C. §1983. The Court issued an order granting summary judgment in favor of the Defendants (D.E. 25). Plaintiff filed a motion to alter judgment (D.E. 28). A Memorandum and Recommendation ("M&R") has been filed by the Magistrate Judge (D.E. 32). No objections have been filed to the M&R.

The Court regards such omission as Plaintiff's agreement with and acceptance of the Magistrate Judge's findings. When no timely objection to the Magistrate Judge's M&R is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court finds no clear error in the Magistrate Judge's memorandum and adopts her findings and conclusions.

Plaintiff's motion to alter judgment is DENIED (D.E. 28).

1

ORDERED this **23** day of **July**, 2010.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE